**Order entered January 10, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01498-CR

**RONNIE ALEXANDER LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-10-62661-P**

## ORDER

We **GRANT** the State's motion for extension of time and to accept contemporaneously-tendered brief and **ORDER** the brief received January 7, 2014 filed as of the date of this order.

/s/     DOUGLAS S. LANG
        PRESIDING JUSTICE